105 A.3d 1098

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ALEEM L. HAMMOND (A/K/A ALLEN JOHNSON),
DEFENDANT–PETITIONER.

January 23, 2015.

105 A.3d 1098

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DEWAYNE J. JOHNSON, DEFENDANT–
PETITIONER.

January 23, 2015.

ORDERED that the petition for certification is denied without prejudice to defendant appropriately raising in a petition for post-

conviction relief the issue of counsel's alleged ineffective assistance regarding the sequencing of defendant's plea agreements and the resulting sentences.